# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>ALEVY FAMILY PROPERTIES CV LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 8:21-cv-00191-JLS-DFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Alevy Family Properties CV LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 03, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE